EMMA J. CROUCH v. CHICAGO GREAT WESTERN RAILROAD COMPANY.[1]

Same case as that on page 447, supra.

No. 26,687.

On February 10, 1928, the following opinion was filed:

PER CURIAM.

Action for personal injuries. There was a verdict for the plaintiff. The defendant appeals from the judgment.

The case was here before and is reported as Crouch v. Chicago Great Western Railroad Company, supra, p. 447. The questions involved on this appeal are the same as those involved upon the former one, and for the reasons there given the judgment is affirmed.

[1]Reported in 217 N. W. ——.